AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERIC WOODIE | ) | Case No. (TOF) |
| | ) | 3:21MJ 529 (TFO) |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2021 to May 2021__ in the county of __Hartford__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 371 | Conspiring to willfully engage in the business of dealing in firearms while not being a licensed dealer of firearms, and conspiring to knowingly transport and ship stolen firearms in interstate commerce, knowing and have reasonable cause to know the firearms were stolen |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Christopher Kiely.

☑ Continued on the attached sheet.

KIELY.CHRISTOPHER.J.N66C52T27
Digitally signed by KIELY.CHRISTOPHER.J.N66C52T27
Date: 2021.05.26 14:23:14 -04'00'

*Complainant's signature*

Christopher Kiely, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 05/26/2021

/s/ TOF   Date: 2021.05.26 14:35:21 -04'00'
*Judge's signature*

City and state: Hartford, Connecticut

Honorable Thomas O. Farrish
*Printed name and title*